



# MEMORANDUM OPINION

No. 04-11-00913-CR

Kirsten **AUNE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6378W
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  April 4, 2012

DISMISSED

On October 11, 2011, appellant Kirsten Aune was placed on deferred adjudication community supervision for a period of two years.  On November 17, 2011, the State filed a motion to revoke appellant's deferred adjudication community supervision.  On December 13, 2011, the trial court entered an order continuing appellant on deferred adjudication community supervision, but modifying the conditions of appellant's community supervision by ordering appellant to enter a residential treatment program.  Appellant filed a notice of appeal seeking to

appeal the trial court's order modifying the conditions of her community supervision. Recognizing that this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision, on January 12, 2012, we ordered appellant to show cause why this appeal should not be dismissed for want of jurisdiction. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977) (holding there is no constitutional or statutory authority permitting appeals from orders altering or modifying conditions of probation); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.) (holding appeals from modification of terms of deferred adjudication, like appeals from modification of probation, are not authorized).

After appellant's original counsel was permitted to withdraw and two extensions were granted, appellant's counsel filed a response to our show cause order stating that he could find no viable basis in law to support a claim that this court has jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See id.*

PER CURIAM

Do Not Publish